K ASOWITZ , B ENSON , T ORRES & F RIEDMAN LLP

| | | |
|---|---|---|
| DIRECT DIAL: (212) 506-1721 | 1633 BROADWAY | ATLANTA<br>HOUSTON |
| DIRECT FAX: (212) 835-5021 | NEW YORK, NEW YORK 10019 | LOS ANGELES<br>MIAMI |
| AMARKS@KASOWITZ.COM | (212) 506-1700 | NEWARK<br>SAN FRANCISCO |
| | FACSIMILE: (212) 506-1800 | SILICON VALLEY<br>WASHINGTON DC |

April 28, 2016

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007
Phone: (212) 805-6350

  Re: *Michelle Marino v. Coach, Inc.*, No. 16-CV-1122 (VEC) (S.D.N.Y.)

Dear Judge Caproni:

  We represent defendant Coach, Inc. ("Coach") in the above-referenced action. Pursuant to Local Rule 1.6(a), we write to inform the Court of three actions that are related to this one. The complaints from each of these actions, *Esparza v. Coach, Inc. et al*, No. 15-CV-09887 (C.D. Cal.) ("Esparza Action"), *Rael v. Coach, Inc. et al*, No. 16-CV-00347 (S.D. Cal.), and *Hinkey v. Coach, Inc.*, No. 00193020 (Sacramento Super. Ct.), are annexed hereto as Exhibits A-C. We further write to inform the Court that in the Esparza Action, Coach has filed a motion pursuant to 28 U.S.C. § 1404(a) to transfer the Esparza Action from the Central District of California to the Southern District of New York. As part of the transfer motion, Coach cites the substantial overlapping issues between the Esparza Action and the above-referenced action. For the Court's convenience, we have attached a copy of the transfer motion as Exhibit D hereto.

                Respectfully,

                 /s/ Aaron H. Marks
                 Aaron H. Marks

cc: Counsel of Record (via ECF)