UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE MARINO, individually and on behalf of all others similarly situated,<br>          Plaintiff,<br>     v.<br>COACH, INC.,<br>          Defendant. | Civil Action No. 1:16-cv-1122 (VEC)<br>Oral Argument Requested |
| DEBORAH ESPARZA, individually and on behalf of all others similarly situated,<br>          Plaintiff,<br>     v.<br>COACH, INC.,<br>          Defendant. | Civil Action No. 1:16-cv-3677 (VEC)<br>Oral Argument Requested |
| MONICA RAEL, individually and on behalf of all others similarly situated,<br>          Plaintiff,<br>     v.<br>COACH, INC.,<br>          Defendant. | Civil Action No. 1:16-cv-3773 (VEC)<br>Oral Argument Requested |
| CERA HINKEY, individually and on behalf of all others similarly situated,<br>          Plaintiff,<br>     v.<br>COACH, INC.,<br>          Defendant. | Civil Action No. 1:16-cv-5320 (VEC)<br>Oral Argument Requested |

**NOTICE OF DEFENDANT'S MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Defendant Coach, Inc.'s ("Coach") Motion to Dismiss, Coach hereby moves this Court, before the Honorable Valerie E. Caproni, District Judge at the United States Courthouse for the Southern District of New York, 40 Foley Square, Courtroom 443, New York, New York 10007, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the claims in the Amended Consolidated Class Action Complaint that the Court previously dismissed in its August 28, 2017 Order (*i.e.*, the New Hampshire consumer protection claim and common law claims for fraud

and unjust enrichment, and their predicate theory of product-confusion, and the common law claim for breach of express warranty).  The motion shall be heard on a date and at a time directed by the Court.

Dated:  New York, New York
October 23, 2017

                    Respectfully Submitted,

                    KASOWITZ BENSON TORRES LLP

                    /s/ Kevin A. Cyrulnik
                    Kevin A. Cyrulnik (kcyrulnik@kasowitz.com)
                    Cynthia M. Jordano (cjordano@kasowitz.com)
                    1633 Broadway
                    New York, New York 10019
                    (212) 506-1700

                    KIRKLAND & ELLIS LLP

                    Aaron H. Marks (aaron.marks@kirkland.com)
                    601 Lexington Avenue
                    New York, NY 10022
                    Tel: (212) 446-4800

                    *Attorneys for Defendant Coach, Inc.*