# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE MARINO, DEBORAH ESPARZA, MONICA RAEL, and CERA HINKEY, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>COACH, INC., a Maryland corporation,<br><br>                Defendant. | Case No.: 1:16-cv-1122-VEC (Lead)<br><br>Consolidated Case Nos.:<br>    1:16-cv-3677-VEC<br>    1:16-cv-3773-VEC<br>    1:16-cv-5320-VEC<br><br>**AFFIDAVIT OF MELISSA S. WEINER IN SUPPORT OF MOTION TO WITHDRAW AS CO-COUNSEL** |

Melissa S. Weiner declares:

1. I am an attorney admitted pro hac vice before this Court. I am a partner in the firm of Pearson, Simon & Warshaw, LLP.

2. I am the attorney principally responsible for the handling of this matter. I am personally familiar with the facts set forth in this Affidavit. If called as a witness I could and would competently testify to the matters stated herein.

3. On April 18, 2016 this Court granted my Motion to appear *Pro Hac Vice*.

4. As of July 20, 2018, I was no longer associated with the law firm Halunen Law and, therefore, no longer performing work in this action.

5. The current posture of the case is that this Court referred the matter to Magistrate Judge Ona T. Wang for settlement purposes on August 14, 2018 (Dkt. 90).

6. I am not asserting any lien.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 22, 2018, at Minneapolis, Minnesota.

*/s/ Melissa S. Weiner*
Melissa S. Weiner