USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__8/27/2018__

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHELLE MARINO, DEBORAH ESPARZA, MONICA RAEL, and CERA HINKEY, on behalf of themselves and all others similarly situated, | Case No.: 1:16-cv-1122-VEC (Lead)<br><br>Consolidated Case Nos.:<br>      1:16-cv-3677-VEC<br>      1:16-cv-3773-VEC<br>      1:16-cv-5320-VEC |
| Plaintiffs, | |
| vs. | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |
| COACH, INC., a Maryland corporation, | |
| Defendant. | |

The Court, having considered the Motion to Withdraw as Counsel and supporting documents, hereby **GRANTS** the Motion.

Melissa S. Weiner shall be removed as counsel of record for Michelle Marino and from the service list. The action shall proceed with Tycko & Zavareei LLP, Cuneo Gilbert & Laduca, LLP, and Halunen Law as counsel of record for Plaintiffs and Michelle Marino.

**IT IS SO ORDERED**

DATED: August _27_, 2018

_____
Hon. Valerie E. Caproni