**MEMO ENDORSED**

Minneapolis Office
80 South 8th Street
IDS Center, Suite 1650
Minneapolis , MN 55402

612.605.4098   Phone
612.605.4099   Fax

Chicago Office
415 North LaSalle Street
Suite 502
Chicago , IL 60654

312.222.0660   Phone
312.222.1656   Fax



**halunenlaw**

EMPLOYMENT • CONSUMER • WHISTLEBLOWER

August 1, 2019

**Application Granted.** The motion for preliminary approval shall be filed by September 16, 2019. The Clerk is requested to close ECF 75.
**SO ORDERED.**

_____
Ona T. Wang            8/1/19
U.S. Magistrate Judge

Charles D. Moore
Direct Dial: (612) 548-5292
Direct Fax: (612) 605-4099
moore@halunenlaw.com

**VIA CM/ECF**
The Honorable Ona T. Wang
United States District Court
Southern District of New York
Courtroom 20D
500 Pearl Street
New York, NY 1007

Re:   *Marino v. Coach, Inc.*
      1:16-cv-1122 (VEC)(OTW), and coordinated cases 1:16-cv-3677,
      1:16-cv-3773, and 1:16-cv-5320

Dear Honorable Judge Wang:

Plaintiffs in the above-entitled matters submit the following Letter-Motion in accordance with Local Civil Rule 7.1(d) and Your Honor's Individual Practices (I)(e), respectfully requesting the deadline to file their motion in support of preliminary approval of the settlement be reset for September 16, 2019.

On June 13, 2019, in a telephone conference, the Parties informed the Court that they had an agreement in principal on settlement, and sought time in which to finalize the agreement. Based on counsel's estimation, the Court set the deadline to file the preliminary approval motion as August 2, 2019. (*See* Minute Entry June 13, 2019.) The Parties are finalizing specific language on a key point of the settlement agreement, and as a result, Plaintiffs seek a 45 day extension of the time to file their motion for preliminary approval. I have conferred with counsel for Defendant Coach, Inc., who has no objection to granting the extension.

Subject to the Court's approval, Plaintiffs respectfully request that the August 2, 2019 deadline to file their preliminary approval motion be extended to September 16, 2019.

Very truly yours,

**HALUNEN LAW**

*/s/ Charles D. Moore*

Charles D. Moore

cc:  Counsel of Record (*via CM/ECF*)

HALUNENLAW.COM