# KASOWITZ BENSON TORRES LLP

**MEMO ENDORSED**

<table>
<tr><td>Kevin A. Cyrulnik<br>Direct Dial: (212) 506-3368<br>Direct Fax: (212) 656-1792<br>KCyrulnik@kasowitz.com</td><td>1633 Broadway<br>New York, New York 10019<br>(212) 506-1700<br>Fax: (212) 506-1800</td><td>Atlanta<br>Houston<br>Los Angeles<br>Miami<br>Newark<br>San Francisco<br>Silicon Valley<br>Washington DC</td></tr>
</table>

September 13, 2019

**Application GRANTED.** The parties shall file their motion for preliminary approval by **October 11, 2019**.
**SO ORDERED.**

_____
Ona T. Wang                    9/13/19
U.S. Magistrate Judge

VIA CM/ECF

The Honorable Ona T. Wang
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
Courtroom 20D
500 Pearl Street
New York, NY 10007

Re:   *Marino v. Coach, Inc.*, No. 1:16-cv-1122 (VEC)(OTW), and coordinated cases 1:16-cv-3677, 1:16-cv-3773, and 1:16-cv-5320

Dear Judge Wang:

We represent defendant Coach, Inc. in the above actions and write pursuant to Rule I(e) of Your Honor's Individual Practices to request that the deadline to file the motion for preliminary approval of the settlement be reset to October 11, 2019. All parties consent to the requested extension.

On June 13, 2019, the Court set an August 2, 2019 deadline to file the preliminary approval motion. (*See* June 13, 2019 Minute Entry.) On August 1, 2019, to allow the parties additional time to finalize the settlement agreement, the Court granted Plaintiffs' letter motion to extend the deadline to September 16, 2019. (*See* August 1, 2019 Order.) The parties recently finalized the settlement agreement, and now respectfully request that the Court extend the September 16, 2019 deadline to file the motion for preliminary approval to October 11, 2019.

Respectfully,

 s/ Kevin A. Cyrulnik
Kevin A. Cyrulnik

cc:   Counsel of Record (via ECF)