Minneapolis Office
80 South 8th Street
IDS Center, Suite 1650
Minneapolis, MN 55402

612.605.4098  Phone
612.605.4099  Fax

Chicago Office
415 North LaSalle Street
Suite 502
Chicago, IL 60654

312.222.0660  Phone
312.222.1656  Fax



**MEMO ENDORSED**

# halunenlaw

EMPLOYMENT • CONSUMER • WHISTLEBLOWER

October 10, 2019

Charles D. Moore
Direct Dial: (612) 548-5292
Direct Fax: (612) 605-4099
moore@halunenlaw.com

**VIA CM/ECF**
The Honorable Ona T. Wang
United States District Court
Southern District of New York
Courtroom 20D
500 Pearl Street
New York, NY 1007

> **Application GRANTED in part.** Parties to submit motion in support of preliminary approval by **October 30, 2019**. The Court will hold a Settlement Status Call on **October 30, 2019 at 3:00 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.
> **SO ORDERED.**
> Ona T. Wang    10/11/19
> U.S. Magistrate Judge

Re: *Marino v. Coach, Inc.*
1:16-cv-1122 (VEC)(OTW), and coordinated cases 1:16-cv-3677, 1:16-cv-3773, and 1:16-cv-5320

Dear Honorable Judge Wang:

Plaintiffs in the above-entitled matters submit the following Letter-Motion in accordance with Local Civil Rule 7.1(d) and Your Honor's Individual Practices (I)(e), respectfully requesting the deadline to file their motion in support of preliminary approval of the settlement be reset for November 25, 2019.

On September 13, 219, the Court extended the deadline to file the preliminary approval motion as October 11, 2019. (*See* Minute Entry September 13, 2019.) The parties are finalizing details critical to the notice and administrative process, and as a result, Plaintiffs seek a 47 day extension of the time to file their motion for preliminary approval. I have conferred with counsel for Defendant Coach, Inc, who has no objection to granting the extension.

Subject to the Court's approval, Plaintiffs respectfully request that the October 11, 2019 deadline to file their preliminary approval motion be extended to November 27, 2019.

Very truly yours,

**HALUNEN LAW**

*/s/ Charles D. Moore*

Charles D. Moore

cc: Counsel of Record (*via CM/ECF*)