# KASOWITZ BENSON TORRES LLP

|  |  |  |
|---|---|---|
| KEVIN A. CYRULNIK<br>DIRECT DIAL: (212) 506-3368<br>DIRECT FAX: (212) 656-1792<br>KCyrulnik@kasowitz.com | 1633 BROADWAY<br>NEW YORK, NEW YORK 10019<br>(212) 506-1700<br>FAX: (212) 506-1800 | ATLANTA<br>HOUSTON<br>LOS ANGELES<br>MIAMI<br>NEWARK<br>SAN FRANCISCO<br>SILICON VALLEY<br>WASHINGTON DC |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/19/2020

June 19, 2020

**MEMO ENDORSED**

<u>VIA CM/ECF</u>

The Honorable Valerie Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
Courtroom 443
40 Foley Square
New York, NY 10007

Application GRANTED.

SO ORDERED.            Date: 06/19/2020

*/s/ Valerie Caproni/*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Re:   *Marino v. Coach, Inc.*, No. 1:16-cv-1122 (VEC)(OTW), and coordinated cases <u>1:16-cv-3677, 1:16-cv-3773, and 1:16-cv-5320</u>

Dear Judge Caproni:

We represent defendant Coach, Inc. in the above actions. Pursuant to the parties' telephone conversation with the Court's law clerk yesterday, we write to request a very short extension of the deadline to file a joint letter from Friday, June 19, 2020 to Tuesday, June 23, 2020. This request is made jointly by all parties, and it is the parties' first request for an extension of this deadline.

On May 29, 2020, the Court set a June 19, 2020 deadline to file a joint letter addressing certain issues with the parties' proposed settlement. (*See* May 29, 2020 Order, Dkt. 123.) Due to, among other things, logistical issues caused by the ongoing Covid-19 pandemic, the parties have not yet been able to obtain all information necessary to fully respond to the Court's questions. Accordingly, we respectfully request that the Court extend the deadline to June 23, 2020.

Respectfully,

  s/ Kevin A. Cyrulnik
Kevin A. Cyrulnik

cc:   Counsel of Record (via ECF)