# KASOWITZ BENSON TORRES LLP

|  | 1633 BROADWAY | ATLANTA |
|---|---|---|
|  | NEW YORK, NEW YORK 10019 | HOUSTON |
| KEVIN A. CYRULNIK |  | LOS ANGELES |
| DIRECT DIAL: (212) 506-3368 | (212) 506-1700 | MIAMI |
| DIRECT FAX: (212) 656-1792 | FAX: (212) 506-1800 | NEWARK |
| KCyrulnik@kasowitz.com |  | SAN FRANCISCO |
|  |  | SILICON VALLEY |
|  |  | WASHINGTON DC |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __06/24/2020__



June 23, 2020

Application GRANTED.

SO ORDERED.          Date: 06/24/2020

*/s/ Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

**VIA CM/ECF**

The Honorable Valerie Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
Courtroom 443
40 Foley Square
New York, NY 10007

Re:   *Marino v. Coach, Inc.*, No. 1:16-cv-1122 (VEC)(OTW), and coordinated cases 1:16-cv-3677, 1:16-cv-3773, and 1:16-cv-5320

Dear Judge Caproni:

We represent defendant Coach, Inc. in the above actions. On May 29, 2020, the Court set a June 19, 2020 deadline to file a joint letter addressing certain issues with the parties' proposed settlement. (*See* May 29, 2020 Order, Dkt. 123.) On June 19, 2020, the parties sought and received an extension of the deadline to file their joint letter to Tuesday, June 23, 2020.

The parties have acquired additional data and prepared responses to each of the Court's questions regarding the class settlement, but have not yet determined how to resolve the potential inconsistency in the class definition set forth in the Settlement Agreement and the Long Form Notice. The parties have conducted several meet and confer teleconferences on this sole remaining issue and are diligently working to reach a resolution. Accordingly, all parties respectfully request that the Court extend the deadline for a response to the Court's May 29, 2020 Order from June 23, 2020, to June 30, 2020.

Respectfully,

  s/ Kevin A. Cyrulnik
Kevin A. Cyrulnik

cc:   Counsel of Record (via ECF)