USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE MARINO, DEBORAH ESPARZA, MONICA RAEL, and CERA HINKEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COACH, INC.,<br><br>Defendant. | CASE NO.:<br>1:16-cv-01122-VEC (OTW) (Lead)<br><br>Consolidated Member Case Nos.:<br>1:16-cv-03773-VEC (OTW)<br>1:16-cv-03677-VEC (OTW)<br>1:16-cv-05320-VEC (OTW) |



**MEMO ENDORSED**

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO FILE BRIEF IN EXCESS OF PAGE LIMIT**

Plaintiffs Michelle Marino, Deborah Esparza, Monica Rael, and Cera Hinkey ("Plaintiffs"), by and through their attorneys, hereby move the Court to permit them to file a memorandum of law in support of their forthcoming Amended Motion for Preliminary Approval of Class Action Settlement, Preliminary Certification of Settlement Class, and Approval of Notice Plan (the "Memorandum") that exceeds the 25-page limit set forth by the Court's Individual Practices 4.B. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs' previous Motion for Preliminary Approval of the Class Action Settlement was 31 pages. (ECF No. 122-1.) The present motion will address the same issues, and thus necessitates a similar number of pages.

2. Plaintiffs' Memorandum is required to detail, among other things, the extensive history of this action and the terms of the proposed settlement. The Memorandum will provide a concise analysis of the reasons why the proposed settlement should be approved under the Second Circuit's nine-factor test set forth in *Detroit v. Grinnell Corp.*, 495 F.2d 448 (2d Cir. 1974). The Memorandum will also detail why the proposed class meets the prerequisites of Federal Rule of

1

Civil Procedure 23(a) and (23(b)(3).

3. Plaintiffs have endeavored to condense these points in order to meet the Court's twenty-five page limitation. However, in order to adequately address each of the issues in the Memorandum and provide the Court with the required information and analysis, Plaintiffs require an additional 10 pages.

4. Defendant Coach, Inc. (now d/b/a Tapestry, Inc.) does not oppose the relief requested.

WHEREFORE, Plaintiffs request the entry of an order granting this motion for leave to file a Memorandum of no more than thirty-five (35) pages.

Dated: July 16, 2020                                         Respectfully submitted,

|  |  |
|---|---|
|  | */s/Charles D. Moore* |
| Andrea Gold | Charles D. Moore |
| **TYCKO & ZAVAREEI LLP** | Christopher J. Moreland |
| 1828 L. Street, N.W., Suite 1000 | **HALUNEN LAW** |
| Washington, D.C. 20036 | 1650 IDS Center |
| Tel: 202.973.0900 | 80 South 8th Street |
| agold@tzlegal.com | Minneapolis, Minnesota 55402 |
|  | Tel: 612.605.4098 |
| Charles J. LaDuca, Esquire | moore@halunenlaw.com |
| Beatrice Yakubu, Esq. | moreland@halunenlaw.com |
| **CUNEO GILBERT & LADUCA, LLP** |  |
| 4725 Wisconsin Avenue, Suite 200 | Jeffrey M. Ostrow |
| Washington, DC 20016 | **KOPELOWITZ OSTROW FERGUSON** |
| Telephone: 202 789 3960 | **WEISELBERG GILBERT** |
| charles@cuneolaw.com | One West Las Olas Boulevard., Suite 500 |
| byakubu@cuneolaw.com | Fort Lauderdale, FL 33301 |
|  | Tel: 954.525.4100 |
| Erica Mirabella | ostrow@kolawyers.com |
| **MIRABELLA LAW, LLC** |  |
| erica@mirabellallc.com |  |
| 132 Boylston Street, 5th Floor |  |
| Boston, MA 02116 |  |
| Tel: 855.505.5342 |  |

***Attorneys for Plaintiff Marino and the Proposed Class***

        David M. Cialkowski
        June P. Hoidal
        **ZIMMERMAN REED LLP**
        1100 IDS Center
        80 South 8th Street
        Minneapolis, MN 55402
        Tel:  612.341.0400
        david.cialkowski@zimmreed.com
        june.hoidal@zimmreed.com

*Attorneys for Plaintiff Esparza and the Proposed Class*

        Todd D. Carpenter
        **CARLSON LYNCH SWEET**
        **KILPELA & CARPENTER, LLP**
        402 West Broadway, 29th Floor
        San Diego, CA 92101
        Tel: 619.347.3517
        tcarpenter@carlsonlynch.com

*Attorneys for Plaintiff Rael and the Proposed Class*

        Richard D. Lambert
        **STONEBARGER LAW**
        75 Iron Point Circle, Ste. 145
        Folsom, CA 95630
        Tel: 916.235.7140
        rlambert@stonebargerlaw.com

*Attorneys for Plaintiff Hinkey and the Proposed Class*

---

Application GRANTED.  Given the forthcoming amended motion, the pending motions at docket entries 121 and 122 are denied as moot.

Additionally, after review of the parties' joint letter in response to the Court's inquiries, the Court directs Plaintiffs to explain in their amended motion, in greater detail, how the proposed Internet banner campaign will be able to identify the websites frequented by Coach shoppers, and whether the banner will be displayed on Coach's outlet or retail websites.

SO ORDERED.        Date: 07/17/2020

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE