```
UNITED STATES DISTRICT COURT                          USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                         DOCUMENT
------------------------------------------------------X  ELECTRONICALLY FILED
MICHELLE MARINO, individually and on behalf of all  :    DOC #:_____
others similarly situated,                          :    DATE FILED: 08/10/2020
                                                    :
                            Plaintiff,              :
                                                    :       16-CV-1122 (VEC)
              -against-                             :
                                                    :
COACH, INC.,                                        :
                                                    :
                            Defendant.              :
------------------------------------------------------X
MONICA RAEL, on behalf of herself and all others    :
similarly situated,                                 :
                                                    :
                            Plaintiff,              :
                                                    :       16-CV-3773 (VEC)
              -against-                             :
                                                    :
COACH, INC.,                                        :
                                                    :
                            Defendant.              :
------------------------------------------------------X
DEBORAH ESPARZA, individually and on behalf of all  :
others similarly situated,                          :
                                                    :
                            Plaintiff,              :
                                                    :       16-CV-3677 (VEC)
              -against-                             :
                                                    :
COACH, INC.,                                        :
                                                    :
                            Defendant.              :
------------------------------------------------------X
CERA HINKEY, on behalf of herself and all others    :
situated,                                           :
                                                    :
                            Plaintiff,              :
              -against-                             :       16-CV-5320 (VEC)
                                                    :
COACH, INC.,                                        :
                                                    :
                            Defendant.              :
------------------------------------------------------X
```

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiffs have filed an amended, unopposed motion for preliminary approval of the parties' class action settlement, preliminary certification of a settlement class, and approval of their proposed notice plan, Dkt. 134;

IT IS HEREBY ORDERED THAT the parties are directed to appear for a teleconference on **August 13, 2020, at 11:00 A.M.**, to discuss the Court's remaining concerns about the notice plan. Plaintiffs should be prepared to discuss the following issues:

1. Whether either the proposed short form or long form notice informs class members of their likely recovery from the settlement, including the difference in value between choosing a voucher and choosing cash, and the possibility of submitting a claim even if the class member no longer has proof of purchase, and if not, why not;

2. Whether either of the proposed notices or the proof of claim informs class members that cash will be distributed on a first come, first served basis and that claimants will receive a voucher if the cash fund is depleted, and if not, why not; and

3. Why USA Today was chosen as the national newspaper in which to print the publication notice.

All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171 and the security code 1122. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.

**SO ORDERED.**

Date:  August 10, 2020
       New York, NY

VALERIE CAPRONI
United States District Judge