UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE MARINO, DEBORAH ESPARZA, MONICA RAEL, and CERA HINKEY, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>COACH, INC.,<br><br>　　　　　　Defendant. | CASE NO.:<br>1:16-cv-01122-VEC (OTW) (Lead)<br><br>Consolidated Member Case Nos.:<br>1:16-cv-03773-VEC (OTW)<br>1:16-cv-03677-VEC (OTW)<br>1:16-cv-05320-VEC (OTW) |

**PLAINTIFFS' UNOPPOSED NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on February 23, 2021, at 10:30 a.m. before the Honorable Valerie Caproni, United States District Judge for the Southern District of New York, Courtroom 443, 40 Centre Street, New York, NY 10007, Plaintiffs Michelle Marino, Deborah Esparza, Monica Rael, and Cera Hinkey, by and through Class Counsel, will move and hereby does move for an order (1) finally approving the Class Settlement Agreement, and (2) certifying the nationwide class.

PLEASE TAKE FURTHER NOTICE that, in support of the motion, Plaintiffs will rely on the accompanying memorandum of law in support, the Joint Declaration of Court-Appointed Settlement Class Counsel, and accompanying exhibits, and the Declaration of Jenny Shawver of Angeion Group, LLC.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests oral argument.

Dated: January 11, 2021       Respectfully submitted,

s/ David M. Cialkowski
David M. Cialkowski
June P. Hoidal
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel:  612.341.0400
david.cialkowski@zimmreed.com
june.hoidal@zimmreed.com

*Attorneys for Plaintiff Esparza and the Proposed Class*

Andrea Gold
**TYCKO & ZAVAREEI LLP**
1828 L. Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: 202.973.0900
agold@tzlegal.com

Charles J. LaDuca, Esquire
Beatrice Yakubu, Esq.
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue, Suite 200
Washington, DC 20016
Telephone: 202 789 3960
charles@cuneolaw.com
byakubu@cuneolaw.com

Erica Mirabella
**MIRABELLA LAW, LLC**
erica@mirabellallc.com
132 Boylston Street, 5th Floor
Boston, MA 02116
Tel: 855.505.5342

Charles D. Moore
Christopher J. Moreland
**HALUNEN LAW**
1650 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Tel: 612.605.4098
moore@halunenlaw.com
moreland@halunenlaw.com

Jeffrey M. Ostrow
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
One West Las Olas Boulevard., Suite 500
Fort Lauderdale, FL 33301
Tel: 954.525.4100
ostrow@kolawyers.com

*Attorneys for Plaintiff Marino and the Proposed Class*

Todd D. Carpenter
**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
402 West Broadway, 29th Floor
San Diego, CA 92101
Tel: 619.347.3517
tcarpenter@carlsonlynch.com

*Attorneys for Plaintiff Rael and the Proposed Class*

Richard D. Lambert
**STONEBARGER LAW**
75 Iron Point Circle, Ste. 145
Folsom, CA 95630
Tel: 916.235.7140
rlambert@stonebargerlaw.com

*Attorneys for Plaintiff Hinkey and the Proposed Class*