```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/12/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MICHELLE MARINO, individually and on behalf of all : 
others similarly situated, :
 :
                       Plaintiff, :
 : 16-CV-1122 (VEC)
       -against- :
 :
COACH, INC., :
 :
                       Defendant. :
------------------------------------------------------------------------X
MONICA RAEL, on behalf of herself and all others :
similarly situated, :
 :
                       Plaintiff, :
 : 16-CV-3773 (VEC)
       -against- :
 :
COACH, INC., :
 :
                       Defendant. :
------------------------------------------------------------------------X
DEBORAH ESPARZA, individually and on behalf of all :
others similarly situated, :
 :
                       Plaintiff, :
 : 16-CV-3677 (VEC)
       -against- :
 :
COACH, INC., :
 :
                       Defendant. :
------------------------------------------------------------------------X
CERA HINKEY, on behalf of herself and all others :
situated, :
 :
                       Plaintiff, :
       -against- : 16-CV-5320 (VEC)
 :
COACH, INC., :
 :
                       Defendant. :
------------------------------------------------------------------------X

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS a Fairness Hearing in this matter is scheduled for Tuesday, February 23, 2021 at 10:30 A.M., Dkt. 137; and

WHEREAS the Fairness Hearing is scheduled to be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, Dkt. 137;

IT IS HEREBY ORDERED that due to the rising number of COVID-19 cases in New York City, the Court will hold the hearing by video and telephonic conference using the Skype platform. Counsel for the parties and objectors who will be granted speaking privileges will be emailed a link to participate in the video conference a few days before the hearing. Other settlement class members and any interested members of the public may listen to the proceeding remotely by dialing 1-917-933-2166 and using the conference ID number 484793510. All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

IT IS FURTHER ORDERED that the parties must post this change of venue on the settlement website by no later than **Thursday, January 14, 2021**. *See* Order, Dkt. 137 at 13 n.3 ("The Court may reschedule or relocate the hearing by issuing an order on the public docket; such order shall be immediately posted to the settlement website.").

**SO ORDERED.**

Date:  January 12, 2021
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**