USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

MICHELLE MARINO, individually and on behalf of all others similarly situated,

                Plaintiff,

        -against-

COACH, INC.,

                Defendant.

16-CV-1122 (VEC)

------------------------------------------------------------------------X

MONICA RAEL, on behalf of herself and all others similarly situated,

                Plaintiff,

        -against-

COACH, INC.,

                Defendant.

16-CV-3773 (VEC)

------------------------------------------------------------------------X

DEBORAH ESPARZA, individually and on behalf of all others similarly situated,

                Plaintiff,

        -against-

COACH, INC.,

                Defendant.

16-CV-3677 (VEC)

------------------------------------------------------------------------X

CERA HINKEY, on behalf of herself and all others situated,

                Plaintiff,

        -against-

COACH, INC.,

                Defendant.

16-CV-5320 (VEC)

------------------------------------------------------------------------X

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 12, 2021, Jenny Shawver of Angeion Group LLC ("Angeion") filed a supplemental declaration outlining the implementation of the notice plan and claims submission process in this matter, Dkt. 150;

WHEREAS in the declaration, Ms. Shawvery noted that Angeion is working on processing the received claims and will provide a supplemental declaration prior to the Fairness Hearing that reports "the final tally of the Tier 1 and Tier 2 claims, including values," *id.* ¶ 19; and

WHEREAS a Fairness Hearing is scheduled for Tuesday, February 23, 2021 at 10:30 A.M., Dkts. 137, 148;

IT IS HEREBY ORDERED that to provide ample time for the Court to review this key information prior to the Fairness Hearing, a supplemental declaration from a representative of Angeion is due no later than **Friday, February 19, 2021, at 5:00 P.M.**  The declaration must include the number of Tier 1 and Tier 2 claims, the total number and value of claims for cash payouts, and the total number and value of claims for vouchers.  If the total value of claims for cash payouts exceeds the amount in the cash fund, the supplemental declaration must include the total number and value of claims for cash pay outs that are to be converted to claims for vouchers pursuant to the terms of the Settlement Agreement.

**SO ORDERED.**

Date:  February 16, 2021
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**