USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
MICHELLE MARINO, individually and on behalf of all : others similarly situated,
:
:
                      Plaintiff, :
: 16-CV-1122 (VEC)
      -against- :
:
COACH, INC., :
:
                      Defendant. :
---------------------------------------------------------------X
MONICA RAEL, on behalf of herself and all others similarly situated,
:
:
                      Plaintiff, :
: 16-CV-3773 (VEC)
      -against- :
:
COACH, INC., :
:
                      Defendant. :
---------------------------------------------------------------X
DEBORAH ESPARZA, individually and on behalf of all : others similarly situated,
:
:
                      Plaintiff, :
: 16-CV-3677 (VEC)
      -against- :
:
COACH, INC., :
:
                      Defendant. :
---------------------------------------------------------------X
CERA HINKEY, on behalf of herself and all others situated,
:
:
                      Plaintiff, :
      -against- : 16-CV-5320 (VEC)
:
COACH, INC., :
:
                      Defendant. :
---------------------------------------------------------------X

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 23, 2021, the parties appeared for a Fairness Hearing in this matter;

IT IS HEREBY ORDERED that by no later than **Friday, February 26, 2021**, the parties must file a supplemental declaration from a representative of Angeion Group LLC that confirms that the required advertisements were published in the national and California regional editions of *USA Today*. The supplemental declaration must attach copies of the advertisements as exhibits and include the days on which the advertisements were published.

**SO ORDERED.**

**Date: February 23, 2021**
**New York, NY**

                                                     _____
                                                     **VALERIE CAPRONI**
                                                     **United States District Judge**