```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/04/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHELLE MARINO, individually and on behalf :
of all others similarly situated,                                :
                                                                 :
                                    Plaintiff,                   :    16-CV-1122 (VEC)
                                                                 :
                    -against-                                    :    ORDER
                                                                 :
COACH, INC.,                                                     :
                                                                 :
                                    Defendant.                   :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS Phil DiGenerro[1] has repeatedly called the Court concerning the settlement agreement in this matter, complaining that the vouchers are "unusable," that a warrant has been issued for his arrest after he attempted to use the vouchers, and seeking to reopen this lawsuit;

WHEREAS a recording of most recent voice mail left by Mr. DiGenerro has been emailed to the attorneys for the parties;

IT IS HEREBY ORDERED that Plaintiffs' counsel must contact Mr. DiGenerro by no later than **Monday, August 8, 2022**, and inform him that the appropriate method for dealing with these concerns is to communicate directly with Plaintiffs' counsel; he should cease calling this Court.

**SO ORDERED.**

**Date: August 4, 2022**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**

---

[1] Because the individual contacting the Court did not provide the spelling of his name, the Court has used a phonetic spelling.